# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN MEDINA,<br><br>Defendant. | Criminal Case No. 22CR1473-W<br><br>**ORDER TO CONTINUE** |

Upon the joint motion of the parties:

IT IS HEREBY ORDERED that the sentencing in the above-captioned matter be continued from February 27, 2023, at 9:00 a.m. to July 10, 2023, at 9:00 a.m.

IT IS FURTHER ORDERED that under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(D) and (7)(B)(ii), time is excluded from June 30, 2022, to July 10, 2023, at 9:00 a.m.

DATED: 2/9/23

HON. THOMAS J. WHELAN
UNITED STATES JUDGE