# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 22CR1473-W |
| Plaintiff, | **ORDER TO CONTINUE** |
| v. | |
| JUAN MEDINA, | |
| Defendant. | |

Upon the joint motion of the parties:

IT IS HEREBY ORDERED that the sentencing in the above-captioned matter be continued from July 10, 2023 to December 18, 2023 at 9:00 a.m.

IT IS FURTHER ORDERED that under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(D) and (7)(B)(ii), time is excluded from July 10, 2023 to December 18, 2023.

DATED: 7/5/23

HON. THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE